UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXIS MOORE,

        Plaintiff,

vs.                              Case No. 8:15-cv-1425-T-27AEP

JOHN LODER, et al.,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge (Dkt. 7), recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) be denied and this case be dismissed with prejudice. Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed. After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that the Report and Recommendation (Dkt. 7) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**. This case is **DISMISSED** *with prejudice*. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 4th day of November, 2015.

                                              JAMES D. WHITTEMORE
                                              United States District Judge

Copies to: *Pro se* Plaintiff